IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 09-469-JHP |
| | ) |
| 1) JOHN M. MEADOWS, | ) |
| 2) RITA MEADOWS, and | ) |
| 3) OKLAHOMA TAX COMMISSION | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

Pursuant to the Stipulation between the United States of America, John M. Meadows, and Rita Meadows (Dkt.# 25), and the Stipulation by the Oklahoma Tax Commission (Dkt.# 28), the Court ORDERS that:

1. Defendant, John M. Meadows, is indebted to the United States for the unpaid assessed balance of federal income taxes for years 1993-1999, 2001 and 2004 and related interest and penalties in the amount of $196,851.38, plus interest and statutory additions accruing according to law after June 1, 2010 until paid.

2. Defendants, John M. Meadows and Rita Meadows, own, as joint tenants, the real property at 360 Sleepy Hollow Drive, Durant, Oklahoma, with the following legal description:

> Lots 21 and 22, in Wildwood Estates, being a subdivision of a part of the N/2 of Section 19, Township 6 South, Range 9 East of the Indian Base and Meridian, in Bryan County, Oklahoma, according to the recorded plat thereof.

3. Defendant, John M. Meadows, owns, in fee simple, the real property at 1201 W. Evergreen, Durant, Oklahoma. This property consists of two parcels with the following legal descriptions:

North 65 Feet of Lot 1 in Block 166 in the City of Durant, Bryan County, Oklahoma, according to the official plat thereof; and

North 65 Feet of the East 50 Feet Lot 2 in Block 166 in the City of Durant, Bryan County, Oklahoma, according to the official plat thereof.

4. The federal tax liens arising as a result of the assessments described above attach to the real property described in paragraphs 2 and 3, pursuant to 26 U.S.C. § 6321 and 6322. The United States is entitled to foreclose its liens against the real property; provided, however, that defendant, John M. Meadows, shall have until December 1, 2010 to sell the real property described in paragraph 3 and use the sale proceeds to satisfy the judgment.

5. Each party shall be liable for its own attorney's fees.

**IT IS SO ORDERED this 3rd day of August, 2010.**

James H. Payne
United States District Judge
Eastern District of Oklahoma